**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: (973) 690-5400
Fax: (973) 466-2760

*Attorneys for Plaintiffs Assertio Therapeutics Inc. and Depo NF Sub, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSERTIO THERAPEUTICS INC., DEPO NF SUB, LLC, and GRÜNENTHAL GMBH,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALKEM LABORATORIES LIMITED and ASCEND LABORATORIES, LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No. 19-17170<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS ASSERTIO THERAPEUTICS INC. AND DEPO NF SUB, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Assertio Therapeutics Inc. ("Assertio") and Depo NF Sub, LLC ("Depo NF Sub"), by and through their counsel, Robinson Miller LLC, hereby state as follows:

- BlackRock, Inc. is a publicly traded company that holds more than 10% of stock in Assertio; and

- Depo NF Sub is a wholly-owned subsidiary of Assertio.

2

Dated: August 26, 2019
Newark, New Jersey

Respectfully submitted,

s/ *Keith J. Miller*
Keith J. Miller
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Tel: (973) 690-5400
Fax: (973) 466-2760
kmiller@rwmlegal.com
*Attorneys for Plaintiffs Assertio*
Therapeutics Inc. and Depo NF
Sub, LLC

*Of Counsel for Assertio Therapeutics Inc.*
*and Depo NF Sub, LLC:*

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Sitzman
Jaysen S. Chung
555 Mission Street
Suite 3000
San Francisco, California 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306
msitzman@gibsondunn.com(jschung@gibsondunn.com

David L. Glandorf
1801 California Street
Suite 4200
Denver, CO 80202-2642
Tel: (303) 298-5700
Fax: (303) 298-5907
dglandorf@gibsondunn.com